# United States Court of Appeals
## For the First Circuit

No. 02-2276
No. 02-2311

UNITED STATES OF AMERICA,

Appellee/Cross-Appellant,

v.

ANTHONY BOVA,

Defendant, Appellant/Cross-Appellee.

ERRATA

The opinion of this Court, issued on November 25, 2003, should be amended as follows:

On page 9, line 7 from top, insert "and appeal" between "perjury" and "from".